UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

A.B.,

      Plaintiff,

v

KILIAN MANAGEMENT SERVICES, INC.,
a Wisconsin corporation; BRANDON PORTER,
an individual,

      Defendants.

Case No. 23-00023

Hon. Jane M. Beckering

| SALVATORE PRESCOTT PORTER & PORTER, PLLC | STARR, BUTLER & STONER, PLLC |
|---|---|
| Jennifer B. Salvatore (P66640) | Joseph A. Starr (P47253) |
| David L. Fegley (P85275) | Zeth D. Hearld (P79725) |
| Jessica Lieberman (P68957) | Attorneys for Kilian Management Services |
| Attorneys for Plaintiff | 20700 Civic Center Dr., Ste. 290 |
| 105 East Main St. | Southfield, MI 48076 |
| Northville, MI 48167 | (248) 554-2700 |
| (248) 679-8711 | jstarr@starrbutler.com |
| salvatore@spplaw.com | zhearld@starrbutler.com |
| fegley@spplaw.com | |
| lieberman@spplaw.com | |

**STIPULATED ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS AND FEES**

WHEREAS, the parties having stipulated to the dismissal of the above referenced case with prejudice and without costs, interest and attorney fees to any party, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the above-entitled cause be and is dismissed with prejudice and without costs, interest and attorney fees to any party.

Dated: July 10, 2024

/s/ Jane M. Beckering
Hon. Jane M. Beckering
U.S. District Court Judge

{00123577.DOCX}

**Approved as to form and substance:**

s/ David L. Fegley (w/consent)
Jennifer B. Salvatore (P66640)
David L. Fegley (P85275)
Attorneys for Plaintiff

s/ Zeth D. Hearld
Joseph A. Starr (P41651)
Zeth D. Hearld (P79725)
Attorneys for Kilian Management Services